UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SPINAL DIMENSIONS, INC. and
ECLIPSE MEDICAL, L.L.C.,

                                              NOTICE OF DISMISSAL
                    Plaintiffs,

                                              Case # 2007-CV-0839
        - against -
                                              GLS/RFT

MEDTRONIC, INC., MEDTRONIC SOFAMOR
DANEK USA, INC., DAMIAN CHEPENUK and
DAVID NOWETNER,

                    Defendants.

---

        PLEASE TAKE NOTICE, that the Plaintiffs Spinal Dimensions, Inc. and Eclipse Medical,

L.L.C., by and through their attorneys, Towne, Bartkowski & DeFio Kean, P.C., hereby dismiss,

without prejudice, this action pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: September 27, 2007
       Albany, NY

                                TOWNE, BARTKOWSKI & DeFIO KEAN, P.C.
                                Attorneys for Plaintiffs
                                Spinal Dimensions, Inc. and Eclipse Medical, L.L.C.

                                /s/ Elena DeFio Kean

                                _____
                                Elena DeFio Kean
                                A.B.R. # 506983
                                450 New Karner Road
                                PO Box 15072
                                Albany, NY 12212-5072
                                Tel. (518) 452-1800

To:     Matthew H. McNamara
        Thorn, Gershon Law Firm
        5 Wembley Court, New Karner Road
        P.O. Box 15054                        **SO ORDERED:**
        Albany, NY 12212-5054

                                              _Gary L. Sharpe_
                                              U.S. District Judge
                                              Date: 9/28/07